**LAW OFFICE OF JOHN McGOVERN**
221 Washington St. 2nd Floor
Newark, New Jersey 07101
(973)313-1500
Attorney for the Petitioner

## UNITED STATES DISTRICT COURT
## DISCTIRCT OF NEW JERSEY

| | |
|---|---|
| UNITED STATE OF AMERICA | : |
| v. | : **ORDER** |
| WELLINGTON O. LEON | : Case No. 2:09-CR-611 |

This matter coming before the Court by way of defendant, through his attorney John McGovern, with consent of Assistant United States Attorney Michael Robertson;

**Ordered** that defendant's conditions of bail is hereby amended and revised removing electronic monitoring;

All other terms and conditions remain the same.

Dated:

By:_____
Honorable

_____
Michael Robertson, AUSA